UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

| | | |
|---|---|---|
| D-1 | MUSSA SHOHATEE, | |
| D-2 | IMAD SALEH AL-SHOUHATI, | |
| | a/k/a "Sho-Time" | |
| D-3 | JEFFREY SALEH, | |
| D-4 | YASSER SOUHOUBA, | |
| D-5 | OMAR RENTERIA, | |
| D-6 | ARTEMIO MENDOZA, | |
| D-7 | MUHAFA AL-JEHAF, | |
| D-8 | PAVLIN KOEV, | |
| D-9 | DUNCAN MACLEOD | |

Case: 2:07-cr-20099
Assigned To: Borman, Paul D
Referral Judge: Majzoub, Mona K
Filed: 03-01-2007 At 01:36 PM
INDI USA V SEALED MATTER (9 DFTS)
TAM

VIO: 21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 843(b)
21 U.S.C. § 853(a)

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

(21 U.S.C. §§841(a)(1), 846-Conspiracy to Distribute and Possess
With Intent to Distribute Controlled Substances - Marijuana,
Cocaine, Heroin)

D-1     MUSSA SHOHATEE
D-2     IMAD SALEH AL-SHOUHATI
            a/k/a "Sho-Time"
D-3     JEFFREY SALEH
D-4     YASSER SOUHOUBA
D-5     OMAR RENTERIA
D-6     ARTEMIO MENDOZA
D-7     MUHAFA AL-JEHAF
D-8     PAVLIN KOEV
D-9     DUNCAN MACLEOD

That on or about the year 2005 continuing up to and including the date of this Indictment, in the Eastern District of Michigan, Southern Division, Florida, Canada, and elsewhere, **MUSSA SHOHATEE, IMAD SALEH AL-SHOUHATI, a/k/a "Sho-Time," JEFFREY SALEH, YASSER SOUHOUBA, OMAR RENTERIA, ARTEMIO MENDOZA, MUHAFA AL-JEHAF, PAVLIN KOEV, DUNCAN MACLEOD,** defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with each other and other persons, whose names are both known and unknown to the grand jury, to commit an offense against the United States, that is, to distribute and possess with intent to distribute controlled substances; the controlled substances included marijuana, a Schedule I controlled substance; cocaine, a Schedule II controlled substance; and heroin, a Schedule I controlled substance.

It was part of the ways and means of this conspiracy that **MUSSA SHOHATEE** was the leader of an organization that obtained large quantities of marijuana, arranging for the shipment of marijuana by various means, including the delivery of loads in semi-trailers. The conspirators used "A-1 Window Factory," located at 2761 Stair Street, Detroit, Michigan, as a "front" business and as a location where marijuana would be delivered. It was the role of **IMAD SALEH AL-SHOUHATI**, a/ka/ "Sho-Time," **JEFFREY SALEH, YASSER SOUHOUBA,** and **MUHAFA AL-JEHAF** to participate in the unloading, distributing, and storage of loads of marijuana, as well as the collection and handling of drug proceeds. It was the role of **ARTEMIO MENDOZA** and **OMAR RENTERIA** to attempt to locate large amounts of cocaine for distribution by the organization. It was the role of **PAVLIN KOEV** to supply marijuana for the organization from Canada, and the role of **DUNCAN MACLEOD**, a truck driver, to deliver the marijuana from

2

Canada. It was the role of **IMAD SALEH AL-SHOUHATI**, a/k/a "Sho-Time," to obtain and distribute quantities of heroin.

The amount of marijuana involved in the conspiracy was 1,000 kilograms (2,200 pounds) or more. The amount of cocaine included in the conspiracy was 5 kilograms or more. The amount of heroin included in the conspiracy was 100 grams or more. All in violation of Title 21, U.S.C. §§846, 841(a)(1).

### COUNT TWO

### (21 U.S.C. §§ 841(a)(1), 846 - Attempt to Possess With Intent to Distribute a Controlled Substance - Cocaine)

D-1   **MUSSA SHOHATEE**
D-5   **OMAR RENTERIA**
D-6   **ARTEMIO MENDOZA**

That on or about August 13-31, 2005, in the Eastern District of Michigan, Southern Division, and elsewhere, **MUSSA SHOHATEE, OMAR RENTERIA**, and **ARTEMIO MENDOZA**, did knowingly, intentionally and unlawfully attempt to commit an offense against the United States, that is to possess with intent to distribute a controlled substance, namely, five kilograms or more of cocaine, a Schedule II controlled substance. Specifically, the defendants took a substantial step toward the possession with intent to distribute 500 kilograms of cocaine, all in violation of Title 21, U.S.C. §§841(a)(1), 846.

## COUNT THREE

### (21 U.S.C. §§ 841(a)(1), 846 - Attempt to Possess With
### Intent to Distribute a Controlled Substance - Cocaine)

**D-1   MUSSA SHOHATEE**

That on or about March 7, 2006, in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** did knowingly, intentionally and unlawfully attempt to commit an offense against the United States, that is to possess with intent to distribute a controlled substance, namely, five kilograms or more of cocaine, a Schedule II controlled substance. Specifically, the defendants took a substantial step toward the possession with intent to distribute 30 kilograms of cocaine, all in violation of Title 21, United States Code, Sections 841(a)(1), 846.

## COUNT FOUR

### (21 U.S.C. § 841(a)(1) - Possession with Intent To
### Distribute a Controlled Substance - Marijuana)

**D-1   MUSSA SHOHATEE**

That on or about August 18, 2006, in the Eastern District of Michigan, Southern Division, at 5807 Renville, Detroit, Michigan, **MUSSA SHOHATEE**, defendant herein, did knowingly, intentionally and unlawfully constructively possess with intent to distribute a controlled substance, namely marijuana, a Schedule I controlled substance, all in violation of Title 21 United States Code, Section 841 (a)(1).

4

## COUNT FIVE

### (21 U.S.C. §841(a)(1) - Distribution of Heroin)

**D-2    IMAD SALEH AL-SHOUHATI**
a/k/a "Sho-Time"

That on or about September 28, 2006, in the Eastern District of Michigan, Southern Division, **IMAD SALEH AL-SHOUHATI, a/k/a "Sho-Time"**, defendant herein, did knowingly, intentionally and unlawfully distribute a controlled substance, namely, heroin, a Schedule I controlled substance; this offense involved 100 grams or more of heroin, that is, approximately 100.3 grams, all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

### (21 U.S.C. § 841(a)(1) - Possession with Intent To Distribute a Controlled Substance - Marijuana)

**D-8    PAVLIN KOEV**
**D-9    DUNCAN MACLEOD**

That on or about October 24, 2006, in the Eastern District of Michigan, Southern Division, **PAVLIN KOEV** and **DUNCAN MACLEOD**, defendants herein, did knowingly, intentionally and unlawfully constructively possess with intent to distribute a controlled substance, namely marijuana, a Schedule I controlled substance, all in violation of Title 21 United States Code, Section 841 (a)(1).

## COUNT SEVEN

### (21 U.S.C. §§ 841(a)(1), 846 - Attempt to Possess With Intent to Distribute a Controlled Substance - Marijuana)

**D-3   JEFFREY SALEH**
**D-7   MUHAFA AL-JEHAF**

That on or about August 13-31, 2005, in the Eastern District of Michigan, Southern Division, **JEFFREY SALEH** and **MUHAFA AL-JEHAF**, did knowingly, intentionally and unlawfully attempt to commit an offense against the United States, that is to possess with intent to distribute a controlled substance, namely, marijuana, a Schedule I controlled substance. Specifically, the defendants took a substantial step toward the possession with intent to distribute 76 pounds of marijuana, all in violation of Title 21, U.S.C. §§841(a)(1), 846.

## COUNT EIGHT

### (21 U.S.C. §841(a)(1) - Distribution of Heroin)

**D-2   IMAD SALEH AL-SHOUHATI**
       **a/k/a "Sho-Time"**

That on or about December 6, 2006, in the Eastern District of Michigan, Southern Division, **IMAD SALEH AL-SHOUHATI, a/k/a "Sho-Time"**, defendant herein, did knowingly, intentionally and unlawfully distribute a controlled substance, namely, heroin, a Schedule I controlled substance; this offense involved 100 grams or more of heroin, that is, approximately 500 grams, all in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1    MUSSA SHOHATEE**

That on or about July 9, 2006, at approximately 7:51 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE**, defendant herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT TEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1    MUSSA SHOHATEE**

That on or about August 24, 2006, at approximately 12:10 a.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE**, defendant herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT ELEVEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1    MUSSA SHOHATEE**
**D-3    JEFFREY SALEH**

That on or about August 23, 2006, at approximately 11:01 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **JEFFREY SALEH**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT TWELVE

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1    MUSSA SHOHATEE**
**D-3    JEFFREY SALEH**

That on or about August 23, 2006, at approximately 11:02 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **JEFFREY SALEH**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

8

## COUNT THIRTEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1 MUSSA SHOHATEE**
**D-4 YASSER SOUHOUBA**

That on or about August 24, 2006, at approximately 12:23 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **YASSER SOUHOUBA**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT FOURTEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1 MUSSA SHOHATEE**
**D-4 YASSER SOUHOUBA**

That on or about August 24, 2006, at approximately 6:17 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **YASSER SOUHOUBA**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

9

## COUNT FIFTEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

D-1    **MUSSA SHOHATEE**
D-4    **YASSER SOUHOUBA**

That on or about August 24, 2006, at approximately 7:56 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **YASSER SOUHOUBA**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT SIXTEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

D-1    **MUSSA SHOHATEE**
D-2    **IMAD SALEH AL-SHOUHATI,**
        a/k/a "Sho-Time"

That on or about August 24, 2006, at approximately 6:49 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **IMAD SALEH AL-SHOUHATI,** a/k/a "**Sho-Time**," defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title

21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVENTEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

D-1     **MUSSA SHOHATEE**
D-2     **IMAD SALEH AL-SHOUHATI,**
         a/k/a "Sho-Time"

That on or about August 26, 2006, at approximately 5:39 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE and IMAD SALEH AL-SHOUHATI, a/k/a "Sho-Time,"** defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHTEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

D-1     **MUSSA SHOHATEE**
D-2     **IMAD SALEH AL-SHOUHATI,**
         a/k/a "Sho-Time"

That on or about September 4, 2006, at approximately 1:53 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE and IMAD SALEH AL-SHOUHATI, a/k/a "Sho-Time,"** defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this

Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT NINETEEN

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-7   MUHAFA AL-JEHAF**

That on or about August 19, 2006, at approximately 2:52 p.m., in the Eastern District of Michigan, Southern Division, **MUHAFA AL-JEHAF**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a text messaging IP relay operator service, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-7   MUHAFA AL-JEHAF**

That on or about August 19, 2006, at approximately 3:04 p.m., in the Eastern District of Michigan, Southern Division, **MUHAFA AL-JEHAF**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a text messaging IP relay operator service, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or

acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

### COUNT TWENTY-ONE

**(21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)**

**D-1    MUSSA SHOHATEE**
**D-4    YASSER SOUHOUBA**

That on or about August 18, 2006, at approximately 9:06 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **YASSER SOUHOUBA**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

### COUNT TWENTY-TWO

**(21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)**

**D-1    MUSSA SHOHATEE**
**D-4    YASSER SOUHOUBA**

That on or about August 28, 2006, at approximately 5:06 p.m., in the Eastern District of Michigan, Southern Division, **MUSSA SHOHATEE** and **YASSER SOUHOUBA**, defendants herein, did knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in facilitating the conspiracy to knowingly, intentionally and unlawfully, distribute a controlled substance, as set forth in Count One of this Indictment, which is an act or acts

constituting a felony under Sections 846 and 841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section 843(b).

## COUNT TWENTY-THREE
(21 U.S.C. §853(a) - Criminal Forfeiture)

### D-1  MUSSA SHOHATEE

1. The allegations contained in Counts 1, 2, 3, and 4 of this Indictment are hereby incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the foregoing violations of Title 21, United States Code, Sections 841 and 846, as charged in Counts 1, 2, 3, and 4 of this Indictment, **MUSSA SHOHATEE**, shall forfeit to the United States: (a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violations; (b) any property involved in said violations, or any property traceable to such property; and (c) any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations.

3. **Identified Property Subject to Forfeiture.** Property subject to forfeiture to the United States includes, but is not limited to, the following property:

(a) **REAL PROPERTY**, which is proceeds or property traceable thereto, of the above-described violations of Title 21, United States Code, Sections 841 and 846:

**2761 Stair, Detroit, Wayne County, MI 48209** being more fully described as:

Lots 190 through 194, inclusive, Lot 221, Lots 223 through 231, inclusive, and Lots 240 through 247, inclusive, Burn's Subdivision, according to the recorded plat thereof as recorded in Liber 17 of Plats, page 3, Wayne County Records.

Tax ID Numbers:
Ward 18 Item: 10054 as to Lot 190
Ward 18 Item: 10055 as to Lot 191
Ward 18 Item: 10056 as to Lot 192
Ward 18 Item: 10057 as to Lot 193
Ward 18 Item: 10058 as to Lot 194
Ward 18 Item: 10085 as to Lot 221
Ward 18 Item: 10087-95 as to Lots 223-231
Ward 18 Item: 10164-5 as to Lots 240 and 241
Ward 18 Item: 10166-7 as to Lots 242 and 243
Ward 18 Item: 10168 as to Lot 244
Ward 18 Item: 10169 as to Lot 245
Ward 18 Item: 10170 as to Lot 246
Ward 18 Item: 10171 as to Lot 247

Commonly known as: 2761 Stair Street

(b) One 2003 Mercedes Benz Automobile, VIN WDXYE49E33X138734G500

(c) One 2006 Hummer Automobile, VIN 5GRGN23U86H109521

2. If MUSSA SHOHATEE is convicted of one or more counts charged in this Indictment, and if as a result of any act or omission by him, any of the proceeds or property described in the preceeding paragraph cannot be located upon the exercise of due diligence, have been transferred or sold to, or deposited with a third party, have been placed beyond the jurisdiction of the court, have been substantially diminished in value, or have been commingled with other property which cannot be divided without difficulty, Defendant MUSSA SHOHATEE shall forfeit any other property he has up to the value of such proceeds or property, as provided under Title 21, United States Code, Section 853 (p)(2).

3. Notwithstanding the provisions of the two immediately preceding numbered paragraphs, if a verdict of forfeiture is entered against him, Defendant MUSSA SHOHATEE

shall be subject to having a money judgment against him, personally in the amount of at least $500,000.00.

            THIS IS A TRUE BILL

            _____
            s/Grand Jury Foreperson

STEPHEN J. MURPHY
United States Attorney

*[signature]*

s/WAYNE F. PRATT

Assistant U. S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226

Dated: February 28, 2007

| United States District Court<br>Eastern District of Michigan | Criminal Case Co | Case: 2:07-cr-20099<br>Assigned To: Borman, Paul D<br>Referral Judge: Majzoub, Mona K<br>Filed: 03-01-2007 At 01:36 PM<br>INDI USA V. SEALED MATTER (9 DFTS)<br>TAM |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to comple

| **Companion Case Information** | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | Judge Assigned: |
| ☐ Yes     ☐ No | AUSA's Initials: |

Case Title: USA v.
- D-1  MUSSA SHOHATEE
- D-2  IMAD SALEH AL-SHOUHATI
         a/k/a "Sho-Time"
- D-3  JEFFREY SALEH
- D-4  YASSER SOUHOUBA
- D-5  OMAR RENTERIA
- D-6  ARTEMIO MENDOZA
- D-7  MUHAFA AL-JEHAF
- D-8  PAVLIN KOEV
- D-9  DUNCAN MACLEOD

County where offense occurred : Wayne

Check One:     ☒ Felony          ☐ Misdemeanor          ☐ Petty

  **X** Indictment/____ Information --- **no** prior complaint.
  ____ Indictment/____ Information --- based upon prior complaint [Case number: ]
  ____ Indictment/____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information:**

Superseding to Case No: _____     Judge: _____

- ☐ Original case was terminated; no additional charges or defendants.
- ☐ Corrects errors; no additional charges or defendants.
- ☐ Involves, for plea purposes, different charges or adds counts.
- ☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**          **Charges**

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

February 28, 2007
Date

*Wayne F. Pratt*
WAYNE F. PRATT
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9583
Fax: (313) 226-3265
E-Mail address:  wayne.pratt@usdoj.gov
Attorney Bar #:  P32528

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04