UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

v.                                           Criminal Action: 07-20099-07
                                           Hon.: Judge Paul D. Borman

D-7 Muhafa Al-Jehaf

        Defendant,
_____/

## ORDER TO AMEND PRETRIAL RELEASE ORDER AND RETURN PASSPORT & TRAVEL DOCUMENTS OF DEFENDANT'S WIFE

At a session of said court, in the City of Detroit,
County of Wayne, State of Michigan
On        4/8/08

Hon.:  PAUL D. BORMAN
United States District Court Judge

      On the stipulation of the parties, the United States of America and Defendant Muhafa Al-jehaf, through their respective attorneys to amend the Order for Pretrial Release to remove the provision requiring that "Defendant's wife to surrender all her travel documents", including her passport, and Pretrial Services Officer Susan Dely having verbally made that recommendation;

      **IT IS HEREBY ORDERED** that the order as to pretrial release of Defendant Muhafa Al-jehaf be amended to eliminate the requirement, "Defendant's wife to surrender all (her) travel documents", including her passport;

      **IT IS FURTHER ORDERED**, that pretrial services return the travel documents, including the passport, belonging to the wife of Defendant Muhafa Al-jehaf to the wife.

                                                  s/Paul D. Borman

                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated:  April 8, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 8, 2008.

                                          s/Denise Goodine
                                          Case Manager

IT IS SO STIPULATED:
/s/ Wayne Pratt /s/
Assistant United States Attorney
Wayne Pratt (P32528)

/s/ Sidney Kraizman /s/
Attorney Sidney Kraizman (P16199)
Attorney for Defendant Muhafa Al-Jehaf